FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 13  AM 9:40

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**EDWARD JAMES ROSETTE**                                           CIVIL ACTION

**VERSUS**                                                          NO. 05-3652

**JERRY LARPENTER**                                                SECTION "R" (1)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B).

New Orleans, Louisiana, this 10th day of February, 2006.

Sarah Vance
**UNITED STATES DISTRICT JUDGE**

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No _____